**RUSSELL D. HUNT, JR.**
*ATTORNEY AT LAW*

310 SOUTH AUSTIN AVENUE
GEORGETOWN, TEXAS 78626

**BOARD CERTIFIED – CRIMINAL LAW**
**TEXAS BOARD OF LEGAL SPECIALIZATION**

TELEPHONE:          (512) 930-0860
TELECOPIER:          (512) 857-0746

WWW.RUSSHUNTJRLAW.COM

March 8, 2024

Honorable Robert Pitman
United States District Judge
Austin, Texas

Re:      United States v. Raymond Garner, A-23-CR-156

Judge Pitman:

Following this cover letter are copies of letters that have been written to you by a range of people who are very familiar with Mr. Garner.  These individuals wanted to provide the Court with a richer insight into Mr. Ratcliff than may otherwise be reflected by the presentence report.

The letters reflect that people who interact regularly with Mr. Garner and think highly of him:
•        Bill Ferris, security officer and Volvo Market Manager
•        Dr. Margaret Elzabeth Rayne
•        Friend Marlene Tovar
•        Father Raymond Garner Sr.
•        Mother Monica Simpson

These individuals address the side of him that is hard-working, respectful, caring, compassionate and community minded.  Mr. Ratcliff's supporters would respectfully request the Court's mercy at the time of sentencing.

In addition to the letters are certificates of completion for parenting, recovery, and Bible study classes that Mr. Garner has completed during his time in the jail.

Sincerely,

/s/ Russell D. Hunt, Jr.
Russell D. Hunt, Jr.

I hereby certify that on March 8, 2024, a copy of the above and foregoing letter and attachments  has been filed via the court's CM/ECF system, which will send a copy of the same to Karthik Srinivasan, the AUSA handling this case, whose email address is Karthik.Srinivasan@usdoj.gov

/s/ Russell D. Hunt, Jr.
**RUSSELL D. HUNT, JR.**

**V O L V O**

February 16, 2024

Honorable Robert Pitman
Federal District Judge
Western District of Texas

Re: Raymond Luke Garner
    A-23-CR-156

Dear Judge Pitman

My name is Bill Ferris.  I am a Market Manager for Volvo Cars of North America (Twenty seven years), an accomplished competitive shooter, firearms instructor and shooting enthusiast. I am a working Commissioned Security Officer, Personal Protection Officer and carry my Private Investigator's License.

I am writing this letter to you on behalf of Luke who I understand has been convicted in your court. The purpose of this letter is to share my thoughts on Luke's character hoping you will show some leniency on Luke's sentencing.

I have known Luke since around 2001 or 2002, twenty plus years. I've watched him start his career, fall in love, get married, have a beautiful child and unfortunately divorce. I developed a friendship with Luke through our shooting interests but only got close after he divorced and was learning to be a single parent. My wife and I would have him over for dinner and weekends as we felt he was a great father and we wanted to support that.

So, I want you to know that although Luke has made a serious mistake, I feel it was a error in judgment and he has lost enough in this situation that it is a hard lesson and will change his life. I don't 1feel he will make this mistake again. Luke is a sweet, caring young man with a beautiful daughter, Ally. That's another thing I would like to mention, for Luke to win full custody of his daughter, that should give you an idea of his character. Very seldom do the family courts side on the father and we saw how Luke fought to gain full custody as he knew his wife was not going to be responsible and he wanted the best for his little girl.

Judge Pitman, I am hoping my letter will help you know who Luke Garner is as a person and help you show some mercy on his sentencing.  I know you will do what's right and fair.

Sincerely,

Bill Ferris

270 THREE POINT DRIVE RIDGEVILLE SOUTH CAROLINA 29472

**Margaret Elizabeth Rayne, DDS, PC**
**1221 W Ben White Blvd #112A**
**Austin, Texas 78704**
**Phone:  512-443-5813**
**Fax:  512-443-5813**
**www.naturaltoothfairy.com**

January 16, 2024

Honorable Robert Pitman
Federal District Judge
Western District of Texas

Re: Raymond Luke Garner A-23-CR-156

Dear Judge Pitman:

My name is Margaret Elizabeth Rayne.  I am a practicing general dentist since graduating with my Doctor of Dental Surgery degree from the University of San Antonio School of Health Science in 1986.  Prior to attending dental school, I graduated from Texas A&M in College Station with a Bachelor of Science degree.   April of 2000, I purchased my current dental practice in Austin, Texas from Dr. Hudson with whom I was working as his associate.  In 2004 I was introduced into the holistic medical arena for dentistry.  My dental practice is focused on incorporating biological and holistic methodologies with general dentistry.

I first meet Luke Garner and his mother Monica Simpson in my dental office in September 2001 as new patients to my dental office.  Over the past twenty-three years I have seen Luke grow into a fine young man.  He has always been a wonderful patient, very kind and respectful to our staff.  We could see that Luke showed great interest in learning and being healthy.  Luke began working while in high school.  At his dental appointments Luke would tell me how well he was doing in school and loved his job and was very dedicated to his advancing in his field.  Through his hard work and dedication, he advanced working with AT&T.

Just this past year, I had the pleasure of seeing Luke and seeing pictures of his daughter who he loves and is responsible for.  He expressed that he was so blessed being a father and having joint custody.  He has always shown his priority in taking care of his health and family.  It saddens me to hear of the circumstances that have transpired.  My prayers go out to Luke and his entire family for his quick release so he can make up for his actions.

Sincerely,

*Margaret Elizabeth Rayne DDS*

Margaret Elizabeth Rayne, DDS

FROM THE DESK OF

# MARLENE TOVAR

August 31, 2023

To whom it may concern:

I am writing to submit a character reference for Raymond "Luke" Garner for consideration in his upcoming court case. I have had the pleasure of knowing Luke for over a year and a half, during which time we have developed a strong friendship based on mutual honesty, trust, open communication, and respect.

Luke values integrity, as evident in his actions and words. He is a thoughtful and compassionate individual who always puts others first. He is dependable and respectful to his family, friends, and colleagues, and he is always there to provide guidance and support whenever needed.

I have had the privilege of getting to know Luke's unwavering commitment to helping those around him. He goes out of his way to make a positive impact on the lives of others, and his kindness and generosity are truly admirable. He has a remarkable ability to empathize with people and to understand their needs, making him a valuable asset to his community.

He has provided me with relationship advice, both personal and professional, and he has always been there to ensure my safety by asking me to text him when I arrive home. This level of thoughtfulness and care is typical of Luke and is one of the many reasons he is in my life.

Furthermore, Luke is a devoted father to his daughter, Ally. His love for her is evident in everything he does, and his commitment to her well-being is unwavering. His devotion to his family is a testament to his character and is another reason he is such an exceptional individual and father.

In conclusion, Luke is one of the most selfless human beings I know, and he values life and the safety of his loved ones and others. He is a value to our community.

Respectfully,

3711 MEDICAL DRIVE, APT 1813 SAN ANTONIO, TX 78229   T: 210.861.0007

08 January, 2024

Honorable Robert Pittman
Federal District Judge
Western District of Texas

Re: Raymond Luke Garner
A-23-CR-156

Dear Judge Pittman:

My name is Monica Simpson, the mother of the above mentioned. Luke and I have lived in or near the same county for his entire life. We have always maintained a loving, supportive relationship, spending holidays together. I have seen first hand what type of an individual Luke is.

Luke has been a friendly, social person who has never hurt anyone in his entire life. He had neighborhood friends growing up and participated in organized sports. His school grades were excellent. He got his first job in 9th grade at a local event center and was employed all throughout high school.

Luke worked hard learning a trade and took classes at Austin Community College toward that end. While on the job, he was recruited by AT&T. Some management witnessed his work ethic and invited him to join them. He gave proper notice, then made the move. He worked his way to almost $150,000 annually.

Luke bought a home in 2008 and married in 2011. In 2015 his daughter was born, to their great joy. Luke is the kind of father we wish all children would have. Her health and well being were his priority. He made sure she had a healthy diet, a healthy schedule including play dates and nightly stories, and time together to enjoy each other's company. His marriage didn't last, but he shared custody with his ex and was magnanimous in the agreement. He would be flexible to change visitation times when necessary.

Luke maintained many relationships and friendships. He would have disc golf dates, barbecue get togethers, lake outings, etc. My father, who has been gone for 6 years now, could call on Luke for help any time. He lived in Buda, but Luke would go to him whenever called.

Judge, I am begging for your mercy for my only son. Not long ago, we thought we might lose him. He has a heart condition. As I spend a lot of time with and love my granddaughter dearly, it is for her that I need him to return to his family as soon as possible. Please consider that Luke made a terrible mistake, but never had any nefarious intentions toward anyone. He is an asset to the community and we should have more young men like him.

Sincerely,

Monica Simpson

Monica Simpson

January 10, 2024

Honorable Robert Pitman
Federal District Judge
Western District of Texas

Reference:        Raymond Luke Garner
                  A-23-CR-156

Dear Judge Pitman,

My name is Raymond L Garner, Luke's Dad.  My understanding is he has entered a Guilty Plea and is to be sentenced in your Court.  Luke and I have always spoken to each other on a regular basis and still do.

I would like to describe what I see in my son.  One of the most important attributes I see in Luke is his love and care for his daughter, Alesondra ("Ally").  He's always telling me about her achievements at school and about the things they do together, such as playing games, craft making, going swimming at the lake and many other outdoor activities.  He makes sure she is well provided for and pays to have her enrolled in a high quality private Christian school, where she is excelling while receiving an excellent education.  They miss one another immensely and can only look forward to when he is eventually released.  He has always been there for her and **deeply regrets** all the pain this has caused and sincerely wants to be a positive part of her life and be the Father she deserves.

As a provider, Luke has always been employed, taking advantage of any classes or courses offered by his employers to advance his career path.  He pays his bills on time and has an excellent credit score.  He worked his way up the ladder, working long hard hours to become a very valuable asset to his employer.  He misses being back at work and can't wait to rejoin the workforce and once again be the good Father and dependable provider that he has always been.  In the meantime, I am paying the expenses necessary to fund "Ally's" education at her Christian Academy, (out of our retirement savings) and other expenses that may arise so that she has everything she needs.  She misses her Dad immensely, as they are so very close to one another.

I recently retired at 70 years young and look forward to when I am able to spend time with "Ally" and Luke.  I also look forward to fishing with Luke like we used to do before we were both immersed in our work for the past 18 or 20 years.  I think this type of uninterrupted activity in the outdoors (Father / Son talk time) will benefit both of us.  When I talk to him, he expresses how much he **truly regrets** what he did and I know he is sincere.

I am doing everything I can to make sure that when he is released that he has a home to come home to and to help him get back on his feet with Family, Church and employment.  **I will always be there for him!**

Luke has always been a kind and gentle person.  He strongly regrets his actions and wants to rebuild his life and to be the Father his Daughter "Ally" deserves.  I ask for consideration for an early release to help preserve their relationship.

Sincerely,

Raymond L Garner
Luke's Dad



# CERTIFICATE
### of
### Completion

*This Certificate is Proudly Presented to*

## RAYMOND GARNER

*For completing*

## Parenting While Incarcerated

*in our Educational Curriculum*



01-16-2024
_____
Date

_____
President of JES



# CERTIFICATE
### of
### Completion

*This Certificate is Proudly Presented to*

## RAYMOND GARNER

*For completing*

## Learning How to be a Better Parent

*in our Educational Curriculum*



12-03-2023
Date

President of JES



# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 11 - Deuteronomy - A Few Words Before We Part

February 3, 2024







# Certificate

## OF COMPLETION

This certificate is proudly presented to

# RAYMOND GARNER

*for completing*

## Bible For The Clueless But Curious - Section 9 - Leviticus - Feed And Care For Your Soul

February 2, 2024









# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

## RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 7 - Exodus - Let's Get The Heck Out Of Here

February 2, 2024







# Certificate

### OF COMPLETION

This certificate is proudly presented to

# RAYMOND GARNER

*for completing*

## Bible For The Clueless But Curious - Section 5 - Genesis - Think You've Got Trouble

January 16, 2024







# Certificate

## OF COMPLETION

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 3 - Genesis - Getting Away From It All

January 16, 2024









# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

## RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 1 - Table of Contents,
Introduction & Genesis - Roots

December 16, 2023







Certifies that

# RAYMOND GARNER

has successfully completed

## Adapting to Change

on

December 12, 2023

CEUs Earned: 0.05

Clock Hours: 0.50



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

## Get in the Herd - Recovery Podcast - Moses Wright

Clock Hours: 1.00

December 9, 2023







# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

## RAYMOND GARNER

*for completing*

Get In The Herd With Jodale - Live from Henrico West Jail

December 9, 2023







# Certificate

## OF COMPLETION

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

## Motivation and Inspiration for Incarceration to Recovery

Clock Hours: 0.47

December 9, 2023







# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

## RAYMOND GARNER

*for completing*

Get in the Herd - Recovery Podcast -Brandon Novak- Pro-
Skateboarder and Jackass Co-star

December 7, 2023







# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

Motivation and Inspiration for Incarceration to Recovery with Jesse Trav and Walter

Clock Hours: 0.20

December 7, 2023









Certifies that

# RAYMOND GARNER

has successfully completed

## Substance Abuse

on

December 6, 2023

CEUs Earned: 0.15

Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# RAYMOND GARNER

has successfully completed

## Making Your Home A Safer Place

on

December 6, 2023

CEUs Earned: 0.08

Clock Hours: 0.75

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

## Get in the Herd - Recovery Podcast -Brandon Novak- Pro-Skateboarder and Jackass Co-star

December 7, 2023







## Certificate

### OF COMPLETION

This certificate is proudly presented to

# RAYMOND GARNER

*for completing*

## Motivation and Inspiration for Incarceration to Recovery

Clock Hours: 0.47



December 9, 2023





# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

## Get In The Herd With Jodale - Live from Henrico West Jail

December 9, 2023







Certifies that

# RAYMOND GARNER

has successfully completed

## Adapting to Change

on

December 12, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## RAYMOND GARNER

*for completing*

Get in the Herd - Recovery Podcast - Moses Wright

Clock Hours: 1.00

December 9, 2023







# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 1 - Table of Contents,
Introduction & Genesis - Roots

December 16, 2023







# Certificate

### OF COMPLETION

This certificate is proudly presented to

## RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 3 - Genesis - Getting Away From It All

January 16, 2024







# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

## RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 5 - Genesis - Think You've Got Trouble

January 16, 2024







# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

## RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 7 - Exodus - Let's Get The Heck Out Of Here

February 2, 2024







# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 9 - Leviticus - Feed
And Care For Your Soul

February 2, 2024







## Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# RAYMOND GARNER

*for completing*

Bible For The Clueless But Curious - Section 11 - Deuteronomy - A Few Words Before We Part

February 3, 2024



